UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALENTINE GRDEN,

        Plaintiff,        CASE NUMBER: 09-10579
                                    HONORABLE VICTORIA A. ROBERTS

v.

LEIKIN, INGBER & WINTERS, P.C.,

        Defendant.
_____/

## JUDGMENT

In accordance with the Order entered on January 19, 2010, judgment is entered in favor of the defendant.

                                        David Weaver
                                        Clerk of the Court


                             By:   S/Carol A. Pinegar
                                        Deputy Clerk

Dated: January 19, 2010